IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–02757–PAB–MDB

BILLIE SMITH, and
TRACY SMITH,

    Plaintiffs,

v.

TARA MEDINA, and
COLLEEN ROMERO,

    Defendants.

## MINUTE ORDER

On February 1, 2023, the Court held a status conference and heard from the parties with respect to several pending motions. (*See* Doc. No. 56). The Court granted, in part, Plaintiffs' Motion Requesting a Preliminary Evidentiary Hearing (Doc. No. 49). Accordingly, the Court set a hearing for March 6, 2023. However, upon review of the subsequently filed documents, it appears there is some confusion about the purpose of the upcoming hearing. With this Minute Order, the Court wishes to clear any confusion and confirm that the upcoming hearing is intended as an evidentiary hearing, during which the parties may present evidence in support of, or against, Plaintiffs' Motion for Declaratory and Injunctive Relief (Doc. No. 47), which the Court construes as a request for a preliminary injunction. During the hearing, the Court will also hear arguments on Defendants' Motion to Stay Discovery. (Doc. No. 43.)

Further, the Court previously indicated it would review the parties' responses and determine whether Plaintiffs' Motion for Expedited Discovery (in support of the preliminary injunction motion) (Doc. No. 52) should be granted ahead of the March 6, 2023, hearing. The Court has reviewed responses and determined that the Motion for Expedited Discovery (Doc. No. 52) will be **GRANTED** subject to the following limitations:

1. First, Mr. Taylor Watkins is ordered to appear by video feed and provide testimony during the evidentiary hearing. Plaintiffs may only interview Mr. Watkins in that setting.

    A. The Court is not issuing a subpoena in connection with this order. Counsel for Costilla County shall provide a copy of this minute order to Mr. Watkins and file a certificate of service on or before **March 8, 2023**. If counsel for Costilla County or Mr. Watkins believes a subpoena is necessary to secure the attendance of Mr. Watkins, they shall have until **March 8, 2023**, to request one. If a certificate of service is filed, and no subpoena request is made, the Court will assume the witness's intent to comply with this minute order.

2. Second, during the hearing, Plaintiffs will be permitted to ask Mr. Watkins questions about 1) Mr. Watkins' employment duties, responsibilities, and authority, and 2) Mr. Watkins' statements/decisions as articulated to Plaintiffs on or around October 10, 2022, and 3) whether or not Plaintiffs have received all approvals they can or should receive, at this point in time. The Court may have follow-up questions for Mr. Watkins.

3. Additionally, due to the relatively small window of time this minute order gives Defendants to prepare and confirm Mr. Watkins' appearance, the hearing is **RESET** to

       **March 16, 2023, at 10:00 AM.** The hearing will be conducted by video feed, and the parties should refer to the instructions for appearing by video as previously provided.

4. Finally, to the extent Plaintiffs seek **additional expedited discovery** as part of their Motion for Expedited Discovery (Doc. No. 52), such a request is **DENIED**.

Dated this 1st day of March, 2023.

                                **BY THE COURT:**

                                _____
                                Maritza Dominguez Braswell
                                United States Magistrate Judge