FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:06 pm, Mar 08, 2023
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action no: 1:22-CV-02757-GPG

BILLIE SMITH, TRACY SMITH, pro se

    Plaintiff,

TARA MEDINA,
COLLEEN ROMERO
Defendants,

---

**PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS MOTION TO DISMISS**

---

Plaintiffs respectfully ask the Honorable Court for an extension of time until March 21, 2023 to file a response to Defendants Motion to Dismiss [ECF 39] so that they may be apprised of more accurate information which may be available to them after the Scheduled March 16, 2023 hearing.

### Certificate of Conferral

Plaintiffs have conferred with Defense Counsel who has confirmed that he does NOT object to this motion.

### Argument

Plaintiffs assert that this extension is appropriate because one of the factors the Honorable Court may consider regarding plaintiffs pending Motion For Declaratory and Injunctive Relief depends in part on plaintiffs showing likelihood of succeeding on the Merits of

the case. Plaintiffs believe these facts will be relevant to consideration of the Motion for Declaratory and Injunctive Relief but will also provide some insight into the underlying case against defendants Romero and Medina as well as providing insight into defenses raised in this case. Plaintiffs have not been granted any previous extension in this case and intend to proceed expeditiously with all information available to them and assert that this short extension will not cause parties or the Court undue delay.

Therefore, Plaintiffs respectfully request the Honorable Court order that Plaintiffs have an extension of time until and including March 21, 2023 for Plaintiffs to file their response to Defendants Motion to Dismiss.

Respectfully submitted this 8th day of March, 2023

*Tracy Smith*
Tracy Smith, Plaintiff, pro se
4351 Park Island Road
Hollywood, SC 29449

*Billie Smith*
Billie Smith, Plaintiff, pro se
4351 Park Island Road
Hollywood, SC 29449
318 233 8789

## Certificate of Service

Plaintiffs certify that a true and correct copy of the foregoing Motion for Extension of Time to File Response to Defendants Motion to Dismiss was electronically filed with the Clerk of Court using the email address graciously provided for pro se plaintiffs and that a true and complete copy of this Motion has been provided Defense Counsel at BWoessner@ndm-law.com.

*[signature: Tracy Smith]*
Tracy Smith, Plaintiff, pro se
4351 Park Island Road
Hollywood, SC 29449

*[signature: Billie Smith]*
Billie Smith, Plaintiff, pro se
4351 Park Island Road
Hollywood, SC 29449
318 233 8789